RUTH LURIE, Appellant, v. MOE A. LURIE, Respondent.— Appeal from order granting defendant's motion to the extent of reducing the amount required to be

paid by him under a decree of divorce for the support of a child from ten dollars a week to six dollars a week because of a change in the defendant husband's earning power. Order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.